J. G. DOYLE, Appellant, v. J. E. TRUITT ET AL., Respondents.

St. Louis Court of Appeals, November 23, 1886.

1. MECHANIC'S LIENS—SUB-CONTRACTORS—NOTICE.—It is essential to a sub-contractor's recovery against the contractor and the owner, that he should show service, upon the owner, of notice of his intention to file a lien, within the time required by statute, and the owner's absence from the state will not excuse a failure to do so.

2. ——— PLEADINGS—ALTERNATIVE PLEAS.—In pleading statements in the alternative each of the alternatives must state a legal cause of action or defence, and if either of the statements is insufficient in law the entire plea is defective.

APPEAL from the St. Louis Circuit Court, AMOS M. THAYER, Judge.

*Affirmed.*

W. M. KINSEY, for the appellants.

W. F. SMITH and D. D. FASSETT, for the respondents.

THOMPSON, J., delivered the opinion of the court.

This case is the same in its essential features as the case of *Hewitt v. Truitt* (*ante*, p. 443); and, for the reasons set forth in the opinion delivered in that case, the judgment of the circuit court in this case will be affirmed. It is so ordered. All the judges concur.